```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 00218
   LARRY HALL
   CAROLYN ANN HALL                             CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

            Debtor
   SSN XXX-XX-6663     SSN XXX-XX-1166

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 01/07/2008 and was confirmed 02/27/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 10/20/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
WELLS FARGO HOME MORTGAG NOTICE ONLY    NOT FILED             .00           .00
AMERICAN HOME MTG        CURRENT MORTG        .00             .00           .00
AMERICAN HOME MTG        MORTGAGE ARRE   6369.96              .00           .00
CITIFINANCIAL AUTO CREDI SECURED              .00             .00           .00
WELLS FARGO HOME MORTGAG CURRENT MORTG        .00             .00           .00
WELLS FARGO HOME MORTGAG MORTGAGE ARRE        .00             .00           .00
CAPITAL ONE              UNSECURED       1432.62              .00           .00
CHICAGO PATROLMENS FED C SECURED        10904.00              .00        875.00
ACL INC                  UNSECURED      NOT FILED             .00           .00
ADP HIGHLAND             UNSECURED      NOT FILED             .00           .00
AMALGMATED BANK          UNSECURED      NOT FILED             .00           .00
AT&T                     UNSECURED      NOT FILED             .00           .00
CITY OF BLUE ISLAND      UNSECURED      NOT FILED             .00           .00
BUD S AMBULANCE SERVICE  UNSECURED      NOT FILED             .00           .00
PEOPLES GAS              UNSECURED      NOT FILED             .00           .00
HIGH TEC MEDICAL PARK    UNSECURED      NOT FILED             .00           .00
CHICAGO IMAGING          UNSECURED      NOT FILED             .00           .00
EVERGREEN EMERGENCY SERV UNSECURED      NOT FILED             .00           .00
VERIZON WIRELESS         UNSECURED      NOT FILED             .00           .00
AMERICAN RESORTS INTERNA UNSECURED      NOT FILED             .00           .00
ACL LABORATORIES         UNSECURED      NOT FILED             .00           .00
ACL LABORATORIES         UNSECURED      NOT FILED             .00           .00
ACL LABORATORIES         UNSECURED      NOT FILED             .00           .00
ACL LABORATORIES         UNSECURED      NOT FILED             .00           .00
TOYOTA MOTOR CREDIT CORP UNSECURED      NOT FILED             .00           .00
CITY OF CHICAGO WATER DE SECURED         353.28               .00         75.00
OPTION ONE MORTGAGE      NOTICE ONLY    NOT FILED             .00           .00
DEPENDON COLLECTION      UNSECURED      NOT FILED             .00           .00
CITY OF CHICAGO PARKING  UNSECURED       2320.00              .00           .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY    3,493.00                        1,938.80
TOM VAUGHN               TRUSTEE                                          251.20
DEBTOR REFUND            REFUND                                             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 00218 LARRY HALL & CAROLYN ANN HALL
```

```
     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  3,140.00

PRIORITY                                             .00
SECURED                                           950.00
UNSECURED                                            .00
ADMINISTRATIVE                                  1,938.80
TRUSTEE COMPENSATION                              251.20
DEBTOR REFUND                                        .00
                     ---------------      ---------------
TOTALS                   3,140.00              3,140.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


     Dated: 01/26/09                /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE